IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 03C 7536 |
| v. ) | |
| ) | |
| DEAN KAMPAS, ) | |
| ) | |
| Defendant. ) | |

JUDGE COAR

MAGISTRATE JUDGE KEYS

DOCKETED OCT 27 2003

## COMPLAINT

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, brings this civil action to collect unpaid trust fund recovery penalties assessed against Dean Kampas, pursuant to §§ 7401 and 7402 of the Internal Revenue Code (26 U.S.C.) at the direction of the Attorney General of the United States and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury. For its Complaint, the United States alleges as follows:

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402(a).

2. Upon information and belief, Dean Kampas resides at 8648 West 145th Place, Orland Park, Illinois, 60462, within the jurisdiction of this Court.

3. On July 8, 1996, a delegate of the Secretary of the Treasury made an assessment against Dean Kampas, in the amount of $93,320.82, pursuant to 26 U.S.C. § 6672, as a responsible person who willfully failed to collect, truthfully account for, or pay over income and Federal Insurance Contributions Act (FICA) taxes withheld from the wages of the employees of Bradley

Gardens, Inc. for the quarters ending March 31, 1991, through and including the quarter ending June 30, 1993.

4. Pursuant to the assessment described in paragraph 3, above, a delegate of the Secretary of the Treasury issued a notice of assessment to, and made demands for the payment thereof upon, Dean Kampas. Despite said notice and demand, he has refused or neglected to pay in full the assessed liability. As of February 24, 2000, there remains due and owing the United States with respect to the assessments described in paragraph 3, the sum of $135,510.27, less any abatements and payments made, plus statutory interest.

WHEREFORE, the United States of America prays that the Court:

a. Enter a judgment in favor of the United States and against Dean Kampas in the amount of $135,510.27, plus statutory additions from February 24, 2000.

b. Award the United States its costs and such other further relief as the Court deems just and proper.

PATRICK J. FITZGERALD
United States Attorney

CRAIG K. WEAVER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6416

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet



This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** UNITED STATES OF AMERICA
County of Residence:
Plaintiff's Atty: CRAIG K. WEAVER
DEPARTMENT OF JUSTICE
555 4TH STREET, NW,
WASHINGTON, DC 20001
(202)307-6416

**Defendant(s):** DEAN KAMPAS
County of Residence:
Defendant's Atty:

**DOCKETED OCT 27 2003**

**03C 7536**

**JUDGE COAR**

**MAGISTRATE JUDGE KEYS**

FILED 03 OCT 24 PM 12:47 CLERK U.S. DISTRICT COURT

**II. Basis of Jurisdiction:** 1. U.S. Gov't Plaintiff

**III. Citizenship of Principal Parties** (Diversity Cases Only)
   Plaintiff:- N/A
   Defendant:- N/A

**IV. Origin :** 1. Original Proceeding

**V. Nature of Suit:** 870 Taxes US Plaintiff or Defendant

**VI. Cause of Action:** U.S.C. 26 section 7401 & 7402 Unpaid Trust Fund Recovery Penalties

**VII. Requested in Complaint**
   Class Action:
   Dollar Demand:
   Jury Demand:

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _[signature]_
**Date:** 10/15/2003

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.** Revised: 06/28/00

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

UNITED STATES OF AMERICA
v.
DEAN KAMPAS

**DOCKETED** OCT 27 2003

JUDGE COAR

Case Number: **03C 7536**

MAGISTRATE JUDGE KEYS

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

UNITED STATES OF AMERICA

FILED-EDS 03 OCT 24 PM 12:47 CLERK U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE: *[signed]* | SIGNATURE: |
| NAME: CRAIG K. WEAVER | NAME: |
| FIRM: DEPARTMENT OF JUSTICE | FIRM: |
| STREET ADDRESS: 555 4TH STREET, NW, RM 7804 | STREET ADDRESS: |
| CITY/STATE/ZIP: WASHINGTON, DC 20001 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (202) 307-6416 / FAX NUMBER: (202) 514-5238 | TELEPHONE NUMBER / FAX NUMBER: |
| E-MAIL ADDRESS: CRAIG.K.WEAVER@USDOJ.GOV | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? NO ☑ | MEMBER OF TRIAL BAR? |
| TRIAL ATTORNEY? YES ☑ | TRIAL ATTORNEY? |
| | DESIGNATED AS LOCAL COUNSEL? |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER / FAX NUMBER: | TELEPHONE NUMBER / FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? | MEMBER OF TRIAL BAR? |
| TRIAL ATTORNEY? | TRIAL ATTORNEY? |
| DESIGNATED AS LOCAL COUNSEL? | DESIGNATED AS LOCAL COUNSEL? |